MARCANO, APPELLANT, *v.* THE REGISTRAR OF PROPERTY, RESPONDENT.

APPEAL from a Decision of the Registrar of Property of Caguas finding certain curable defects.

No. 188.—Decided June 8, 1914.

RECORD OF TITLE—DIMENSIONS OF PROPERTY—CURABLE DEFECTS.—It not being specified in the Mortgage Law or its Regulations what kind of title should be presented for the recording of a newly constructed house, the fact that a deed of construction does not state the dimensions of the house is not a defect because there is no provision of law which requires it.

The facts are stated in the opinion.

*Mr. Andrés Mena* for the appellant.

Mr. Raul Benedicto, the registrar, did not appear.

MR. JUSTICE ALDREY delivered the opinion of the court.

The appellant presented in the Registry of Property of Caguas for record a deed setting forth that the municipal council of that city had granted him a usufructuary estate

in a lot described which forms a part of a property belonging to that municipality and also that he has built a house on the said lot whose location and boundaries are the same as those of the lot described.

The registrar admitted the deed to record but pointed out two curable defects therein, from one of which the present appeal is taken, the other defect being admitted. The one appealed from is that the deed failed to give the dimensions of the house.

In the case of *Sánchez & Company* v. *The Registrar*, 16 P. R. R., 419, where the registrar pointed out, among other curable defects, the failure to state the measurements of the house on all of its sides, it was held by this court that as it is not determined in the Mortgage Law or in its Regulations what class of titles must be presented to secure the record of a house newly constructed or rebuilt, there is no provision which requires the formalities exacted by the decision of the said registrar.

That holding is applicable to the present case and therefore the decision appealed from should be reversed on that point.

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.